The Honorable Judge James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT L. KIRSCHEMAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | NO. C16-1111JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF PRE-TRIAL DEADLINE<br><br>**Noted for consideration:**<br>**August 18, 2017** |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadline:

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal Expert Disclosure | September 16, 2017 | October 16, 2017 |

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINE
Kirscheman/C16-1111JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

Pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii), the United States has 30 days after the disclosure of Plaintiff's expert reports to submit any rebuttal reports related to the same subject matter. The Plaintiff submitted his expert disclosures on August 18, 2017, and the United States requests a 30-day extension of its deadline to disclosure rebuttal reports. During this interim period, the United States is continuing to collect the Plaintiff's medical records documenting his health prior to the incident at issue. Additionally, the parties are continuing to work towards a settlement before the United States expends additional resources for its experts to draft written reports, and conduct a medical exam of the Plaintiff. To facilitate obtaining the necessary medical records needed by the United States' experts, and to potentially assist in resolution of this matter prior to trial, the parties agree to an extension of the United States' rebuttal experts to October 16, 2017

The requested extension will not affect the current trial date, scheduled February 12, 2018.

DATED this 18th day of August, 2017.

                                                ANNETTE L. HAYES
                                                United States Attorney,

| /s/David W. Robinson | /s/Lisca Borichewski |
|---|---|
| DAVID ROBINSON, WSBA No. 3780 | LISCA BORICHEWSKI, WSBA No. 24300 |
| Robinson & Kole | Assistant United States Attorney |
| 911 Dupont | United States Attorney's Office, Western Dist. |
| Bellingham, WA 98225 | 700 Stewart Street, Suite 5220 |
| Phone: 425-646-7767 | Seattle, Washington 98101-1271 |
| Fax: 425-646-1011 | Phone: 206-553-7970 |
| Email: mattd@robinsonandkole.com | Email: lisca.borichewski@usdoj.gov |
| | |
| Attorney for Plaintiff | Attorney for United States |

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINE
Kirscheman/C16-1111JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The rebuttal expert disclosure deadline is now October 16, 2017. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 21ST day of August, 2017.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINE
Kirscheman/C16-1111JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970